

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

November 12, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2021
```

VIA ECF
Hon. Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

Re:   *e Tailers ISS, Inc., et al. v. Miller, et al.*, No. 21 Civ. 7397 (GHW)

Dear Judge Woods:

This Office represents the government in this action in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Immigrant Petition for Alien Worker (Form I-140), Application to Register Permanent Residence or to Adjust Status (Form I-485), and Application for Employment Authorization (Form I-765). On behalf of the government, I write respectfully to request an on-consent three-month extension of time to respond to the complaint (*i.e.*, from November 16, 2021, to February 16, 2022). I also respectfully request that the initial conference presently scheduled for December 8, 2021, be adjourned by approximately three months (*i.e.*, to March 8, 2022, or thereafter).

The extension is respectfully requested because USCIS is in the process of preparing a Request for Evidence ("RFE") regarding the plaintiffs' applications, which is anticipated to be issued within the next thirty days. The government anticipates that the requested extension will provide adequate time for USCIS to issue the RFE and for the parties to confer about next steps and the timeframe therefor. This is the government's first request for an extension of the deadline to respond to the complaint and an adjournment of the initial conference. Plaintiffs consent to these requests.

I thank the Court for its consideration of this letter.

The Government's application for an extension of time to answer or otherwise respond to the complaint and to adjourn the initial pretrial conference, Dkt. No. 28, is granted. The initial pretrial conference scheduled for December 8, 2021 is adjourned to March 9, 2022 at 4:00 p.m. The joint status letter described in the Court's September 27, 2021 order is due no later than March 2, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 28.

SO ORDERED.

Dated: November 12, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  *s/ Michael J. Byars*
MICHAEL J. BYARS
Assistant United States Attorney
Telephone: (212) 637-2793
Facsimile: (212) 637-2786
E-mail: michael.byars@usdoj.gov

cc:  Counsel of record (via ECF)